**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CONTROL COMPONENTS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-0338 |
| | § | |
| KOSO AMERICA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**TEMPORARY RESTRAINING ORDER**

Control Components, Inc. ("CCI") applied for a temporary restraining order against defendants and respondents, Koso America, Inc., d/b/a Rexa Koso America and/or Rexa/Koso America ("Koso"), Juan Ricardo Simeoni ("Simeoni"), David Minoofar ("Minoofar"), Vinay Nagpal ("Nagpal") and Sanjay Sherikar ("Sherikar") (collectively "Defendants"). CCI appeared *ex parte* without notice to the Defendants. Based on the verified complaint, witness affidavits and the attorney's certificate attached as exhibits to CCI's application, the court finds that immediate and irreparable injury, loss or damage will result to CCI and its confidential information and trade secrets unless Defendants are immediately restrained as set out below, before they can be heard in opposition.

It is ordered that:

a. Defendants must sequester and refrain from using, disclosing, disseminating, altering, or destroying any data, documents, electronic information, or technical information, taken from CCI.

b. Defendants must sequester and refrain from using, disclosing, disseminating, altering, or destroying any copies of CCI's data, documents, electronic information, or technical information in Defendants' possession or control.

c. Defendants must return to CCI all data, documents, electronic information, or technical information taken from CCI that is still in the possession of Defendants, or that Defendants may have possessed but have placed in the custody and/or control of any other person, entity, including any other person's or entity's computer, laptop, server, or other hardware.

d. Defendants must not disclose, use, or disseminate any confidential or trade secret information given to them by CCI during the individual Defendants' employment with CCI.

This Order is effective when CCI executes and files with the clerk a bond, or cash deposit in lieu of a bond, in conformity with law, in the amount of $500.00.

This Order is binding on Defendants and those with notice of this Order and in active concert or participation with the Defendants.

A preliminary injunction hearing is set for **February 7, 2008 at 4:00 p.m.** in Courtroom 11B.

This Temporary Restraining Order will remain in place until the date scheduled for the preliminary injunction hearing.

A copy of this Order, along with copies of the complaint, summons, motion, and supporting documents, must promptly be served on the Defendants.

SIGNED on January 30, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge