# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CONTROL COMPONENTS, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-08-0338 |
| § | |
| KOSO AMERICA, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## EXTENDED TEMPORARY RESTRAINING ORDER

Control Components, Inc. ("CCI") applied for a temporary restraining order against defendants and respondents, Koso America, Inc., d/b/a Rexa Koso America and/or Rexa/Koso America ("Koso"), Juan Ricardo Simeoni ("Simeoni"), David Minoofar ("Minoofar"), Vinay Nagpal ("Nagpal") and Sanjay Sherikar ("Sherikar") (collectively "Defendants"). CCI appeared *ex parte* without notice to the Defendants. Based on the verified complaint, witness affidavits and the attorney's certificate attached as exhibits to CCI's application, the court found that immediate and irreparable injury, loss, or damage would result to CCI's confidential information and trade secrets unless Defendants were immediately restrained, before they could be heard in opposition. The court set a hearing for February 7, 2008.

At the hearing held on February 7, 2008, Koso appeared by its counsel. Koso and CCI agreed to extend the TRO, which is extended as to these parties until February 27, 2008.

The individual defendants did not appear at the February 7, 2008 hearing. This court finds good cause to extend the TRO as to the individual defendants, until February 19, 2008. If the individual defendants do not agree, in writing, to extend the TRO until at least February 27, 2008, a hearing is set for **February 26, 2008, at 5:00 p.m.** in Courtroom 11B.

It is ordered that:

a. Defendants must sequester and refrain from using, disclosing, disseminating, altering, or destroying any data, documents, electronic information, or technical information, taken from CCI.

b. Defendants must sequester and refrain from using, disclosing, disseminating, altering, or destroying any copies of CCI's data, documents, electronic information, or technical information in Defendants' possession or control.

c. Defendants must return to CCI all data, documents, electronic information, or technical information taken from CCI that is still in the possession of Defendants, or that Defendants may have possessed but have placed in the custody and/or control of any other person, entity, including any other person's or entity's computer, laptop, server, or other hardware.

d. Defendants must not disclose, use, or disseminate any confidential or trade secret information given to them by CCI during the individual Defendants' employment with CCI.

This Order is binding on the Defendants and those with notice of this Order and in active concert or participation with the Defendants.

A hearing is set for **February 26, 2008 at 5:00 p.m.** in Courtroom 11B.

A copy of this Order, along with copies of the complaint, summons, motion, and supporting documents, must promptly be served on the Defendants.

SIGNED on February 8, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge